IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YADIRA CHAVARRIA-ENRIQUEZ,<br><br>Defendant. | 4:22-CR-3101<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 46). On March 1, 2023, the Court entered a Preliminary Order of Forfeiture (filing 35) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to possession of methamphetamine with intent to distribute it in violation of 21 U.S.C. § 841, and admission of the forfeiture allegation contained in the indictment. By way of the preliminary order of forfeiture, the defendant's interest in $26,008 in United States currency was forfeited to the United States. Filing 35.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on March 2, 2023, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 45) was filed on May 1, 2023. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1.    The plaintiff's Motion for Final Order of Forfeiture (filing 46) is granted.

2.    All right, title, and interest in and to the $26,008 in United States currency held by any person or entity are forever barred and foreclosed.

3.    The currency is forfeited to the plaintiff.

4.    The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 1st day of May, 2023.

                                BY THE COURT:

                                _____
                                John M. Gerrard
                                Senior United States District Judge